**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-6636

———————

WILLIAM WATSON,

Plaintiff - Appellant,

versus

SCOTT SIMS,

Defendant - Appellee,

and

MASON COUNTY JAIL,

Defendant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Maurice G. Taylor, Jr., Magistrate Judge. (CA-03-330-3)

———————

Submitted: July 15, 2004          Decided: July 22, 2004

———————

Before MOTZ, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William Watson, Appellant Pro Se. Damon B. Morgan, Jr., MASON COUNTY PROSECUTING ATTORNEY'S OFFICE, Point Pleasant, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Watson appeals the district court's order denying as moot his motion for injunctive relief regarding access to medical care while in custody. Watson does not dispute the district court's conclusion that he is no longer in custody. Because Watson's release from custody effectively moots his claim for injunctive relief against jail officials, we affirm the order of the district court. See Magee v. Waters, 810 F.2d 451, 452 (4th Cir. 1987) ("Because the prisoner has been transferred, his request for injunctive relief is moot."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED